IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Brittany Ebson | ) | Case No. 19-16576-MDC |
| Debtor. | ) | |
| Brittany Ebson | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Adversary No. 19-00206-MDC |
| Devon Moore and Tinya Moore | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as incorporated in adversary proceedings by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the parties to the above-captioned adversary proceeding (the "Adversary Proceeding") stipulate and agree that the Adversary Proceeding shall be, and hereby is, dismissed with prejudice.

Dated: October 27, 2021
      Philadelphia, Pennsylvania

_____      _____
Jeffrey M. Carbino                                   Demetrius J. Parrish, Jr.
Counsel for the Plaintiff                           Counsel for the Defendants